UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | DOCKET NO. 3:07-cr-559 |
| | ) | |
|     Plaintiff, | ) | MOTION FOR ADDITIONAL |
| | ) | TIME TO RESPOND TO |
| vs. | ) | SENTENCE REDUCTION |
| | ) | |
| BRIAN L. DICKERSON, | ) | |
| | ) | |
|     Defendant. | ) | |

    COMES NOW, the Defendant, Brian L. Dickerson, by and through his Attorney, G. David Binegar, and asks the Court for Additional Time in which to file Objections or Recommendations with respect to the pending Motion for Reduction of Sentence. Counsel for the Defendant has not had adequate time to discuss this matter with the Defendant who is located at FCI Jesup in Jesup, Georgia.

    WHEREFORE, Counsel for the Defendant prays for an Additional 3 weeks in which to file objections or recommendations with respect to the Motion for Reduction of Sentence.

RESPECTFULLY SUBMITTED,

/s/ G. David Binegar
G. David Binegar    AT#0000948
1503 Brady Street
Davenport, Iowa 52803
(563) 326-2873
FAX (563) 323-7452

UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 3:07-cr-559 |
| ) | |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| BRIAN L. DICKERSON, ) | |
| ) | |
| Defendant. ) | |

I, G. David Binegar, Attorney at Law, hereby certify that on the 5th day of December, 2011, I e-filed the Motion for Additional Time to Respond to Sentence Reduction to the Clerk who will then e-file a copy to all other parties in this matter at their respective e-mail addresses.

              /s/ G. David Binegar
              G. David Binegar
              Attorney-at-Law